**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carol M. Smith                              CHAPTER 13
         John J. Smith III d/b/a John Smith
Home Improvements                        BKY. NO. 21-12762 PMM
                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of ONYX Bay Trust and index same on the master mailing list.

                                                               Respectfully submitted,



                                          Rebecca Solarz
                                          12 Oct 2021, 12:48:55, EDT

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322