## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **John J. Smith, III / Carol M. Smith**, Debtor(s)

Case No. _____
Chapter **13**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **John J. Smith, III**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Carol M. Smith**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **October 21, 2021**     Signature **/s/ John J. Smith, III**
                                         **John J. Smith, III**
                                         Debtor

Date **October 21, 2021**     Signature **/s/ Carol M. Smith**
                                         **Carol M. Smith**
                                         Joint Debtor