Certificate Number: 06531-PAE-DE-036155758

Bankruptcy Case Number: 21-12762



06531-PAE-DE-036155758

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2021, at 10:28 o'clock AM CST, John J Smith III completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 22, 2021          By:    /s/Connie Krosch

                                  Name:  Connie Krosch

                                  Title: Certified Credit Counselor