UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John J. Smith, III<br>    Carol M. Smith<br><br>              Debtors | Chapter 13<br>Bankruptcy No.21-12762-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 13th day of January, 2022, by first class mail upon those listed below:

John J. Smith, III
Carol M. Smith
501 Deborah Dr.
Sinking Spring, PA  19608

**Electronically via CM/ECF System Only:**

JOHN M HYAMS ESQ
2023 N 2ND ST
HARRISBURG, PA  17102

 

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee