United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John J. Smith, III  
Carol M. Smith  
    Debtors

Case No. 21-12762-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John J. Smith, III, Carol M. Smith, 501 Deborah Dr., Sinking Spring, PA 19608-1936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN M. HYAMS | on behalf of Debtor John J. Smith  III jmh@johnhyamslaw.com, acb@johnhyamslaw.com;kef@johnhyamslaw.com |
| JOHN M. HYAMS | on behalf of Joint Debtor Carol M. Smith jmh@johnhyamslaw.com  acb@johnhyamslaw.com;kef@johnhyamslaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor ONYX Bay Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Feb 10, 2022　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| John J. Smith, III | |
| Carol M. Smith | Bankruptcy No. 21-12762-PMM |
| Debtors | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 10, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE