United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John J. Smith, III  
Carol M. Smith  
    Debtors

Case No. 21-12762-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14642426 | + | ONYX Bay Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14655759 | | ONYX Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14641612 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 14641618 | + | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14641613 | ++ | U S DEPARTMENT OF JUSTICE TAX DIVISION, CIVIL TRIAL SECTION EASTERN REGION, P O BOX 227, BEN FRANKLIN STATION, WASHINGTON DC 20044-0227 address filed with court:, U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 14641615 | + | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754Barclays Bank D, Attn: Bankruptcy, Po Box 8801 Wilmington, DE 19899-8801 |
| 14643621 | | Wells Fargo Bank, N.A., et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14641616 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2022 03:54:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14643890 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 15 2022 03:54:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14641610 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 15 2022 03:54:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 14641611 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2022 03:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14641617 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 15 2022 03:54:39 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14655196 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2022 03:54:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14641614 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:54:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 14645012 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2022 03:54:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14641613 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Feb 15 2022 03:54:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf900 | Total Noticed: 15 |

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022                                        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2022 at the address(es) listed below:**

**Name**            **Email Address**

JOHN M. HYAMS
    on behalf of Debtor John J. Smith  III jmh@johnhyamslaw.com, acb@johnhyamslaw.com;kef@johnhyamslaw.com

JOHN M. HYAMS
    on behalf of Joint Debtor Carol M. Smith jmh@johnhyamslaw.com  acb@johnhyamslaw.com;kef@johnhyamslaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor ONYX Bay Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John J. Smith, III<br>    Carol M. Smith<br><br>              Debtors | Chapter 13<br><br>Bankruptcy No. 21-12762-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 10, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE